UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARINA BAUGH,

　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No. 8:21-cv-125-TPB-CPT

RNMG, INC., et al.,

　　Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

　　This matter is before the Court on consideration of the report and recommendation of Christopher P. Tuite, United States Magistrate Judge, entered on August 26, 2021. (Doc. 34). Judge Tuite recommends the "Joint Motion and Stipulation for Approval of Settlement and Dismissal with Prejudice" (Doc. 30) be granted in part and denied in part. No objection to the report and recommendation was filed, and the time to object has expired.

　　After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort*

*v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Tuite's report and recommendation, in conjunction with an independent examination of the file, the Court adopts the report and recommendation in all respects. The Court agrees with Judge Tuite's detailed and well-reasoned factual findings and legal conclusions.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. The report and recommendation (Doc. 34) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. The parties' first "Joint Motion and Stipulation for Approval of Settlement and Dismissal with Prejudice" (Doc. 23) is **DENIED AS MOOT**.

3. The parties' second "Joint Motion and Stipulation for Approval of Settlement and Dismissal with Prejudice" (Doc. 30) is **GRANTED IN PART** and **DENIED IN PART.**

   The settlement agreement (Doc. 40-1) is **APPROVED,** with the exception of section III.B, which obligates Baugh to "confirm[ ] she is not aware of any other claims against the Defendants."

4. This action is **DISMISSED WITH PREJUDICE**.

5. The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 13th day of September, 2021.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**